UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

SHARAN EASON

MAGISTRATE JUDGE:   Douglas E. Arpert, U.S.M.J.

MAGISTRATE NO.:   12-2515(DEA)

DATE OF PROCEEDINGS:   JULY 9, 2012

DATE OF ARREST:   JULY 9, 2012

PROCEEDINGS:   INITIAL APPEARANCE

(✓) COMPLAINT
(✓) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(✓) APPT. OF COUNSEL:   ✓ AFPD   __ CJA
(✓) WAIVER OF HRG.:   ✓ PRELIM   __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:   __ GUILTY   __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
(✓) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.   DATE: _____
( ) DETENTION / BAIL HRG.   DATE: _____
( ) TRIAL:   __ COURT   __ JURY   DATE: _____
( ) SENTENCING   DATE: _____
( ) OTHER: _____   DATE: _____

APPEARANCES:

AUSA   FABIANA PIERRE-LOUIS
DEFT. COUNSEL   Brian Reilly, FPD
PRETRIAL   Wendy Lonsdorf
INTERPRETER   N/A
    Language: (   )

Time Commenced:   12:38 PM
Time Terminated:   12:41 PM
CD No: _____

*Charmaine D. Ellington*
DEPUTY CLERK